IN THE SUPREME COURT OF TEXAS

 No. 06-0017

 IN RE TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for stay, filed January 6, 2006, is
granted. The order dated December 21, 2005, in Cause No. 51,039, styled
Nelda Fay Merck, et al. v. Transamerica Occidental Life Insurance Company,
et al., in the County Court at Law No. 3 of Galveston County, Texas, is
stayed pending further order of this Court.

 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before 3:00 p.m., January 11, 2006.

 Done at the City of Austin, this January 06, 2006.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk